|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     |     |     |
| 2   |     |     |     |
| 3   |     |     |     |

```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
```

_____
                                                    )
UNITED STATES OF AMERICA,                           )
                                                    )   Case No. MC17-0058RSL
                         Plaintiff,                 )
          v.                                        )
                                                    )   ORDER TO ISSUE WRIT OF
COLLEEN MARIE THORNQUIST,                           )   CONTINUING GARNISHMENT
                                                    )   AND NOTICE TO DEFENDANT/
              Defendant/Judgment Debtor,            )   JUDGMENT DEBTOR
                                                    )
          v.                                        )
                                                    )
DITCO, INC.,                                        )
                                                    )
                         Garnishee.                 )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Colleen Marie Thornquist, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Ditco, Inc. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on June 20, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1    Dated this 21st day of June, 2017.

2                                   *Robert S. Lasnik* (signature)
3                                   Robert S. Lasnik
4                                   United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT       -2-