UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COLLEEN M. THORNQUIST,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>DITCO, INC.,<br><br>    Garnishee. | NO. 2:17-MC-00058-RSL<br><br>(2:04-CR-00440-RSM-1)<br><br>**CONTINUING GARNISHEE ORDER** |

A Writ of Continuing Garnishment, directed to Garnishee, Ditco, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Ditco, Inc. filed an Answer on July 6, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Colleen M. Thornquist, (Ms. Thornquist) was an active employee who was paid bi-weekly, and that Garnishee had in its possession, custody, or control, a Simple 401(k) plan, valued at $5,950.32, as of June 29, 2017, in which Defendant/Judgment

CONTINUING GARNISHEE ORDER (*USA v. Colleen M. Thornquist and Ditco, Inc.,* Nos. 2:04-CR-00440-RSM-1 / 2:17-MC-00058-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Debtor Thornquist is vested and eligible to receive upon attainment of age 59-1/2.

After notification of the garnishment proceeding was mailed to the parties on or about June 21, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Ditco, Inc., shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Colleen Thornquist, upon each period of time when Defendant/Judgment Debtor Thornquist is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Thornquist's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That the Garnishee, Ditco, Inc., shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of Ms. Thornquist's non-exempt property from her Simple 401(k) account, as well as any and all accounts in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw,

**CONTINUING GARNISHEE ORDER** (*USA v. Colleen M. Thornquist and Ditco, Inc.*, **Nos. 2:04-CR-00440-RSM-1 / 2:17-MC-00058-RSL) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

but such amount shall not exceed the amount necessary to pay Ms. Thornquist's restitution balance in full;

That such payments shall be applied to Defendant/Judgment Debtor Thornquist's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made payable to the United States District Court, Western District of Washington, referencing Case Nos. 2:04-CR-00440-RSM-1 and 2:17-MC-00058-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

DATED this 31st day of August, 2017.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

CONTINUING GARNISHEE ORDER (*USA v. Colleen M. Thornquist and Ditco, Inc.*, Nos. 2:04-CR-00440-RSM-1 / 2:17-MC-00058-RSL) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970